

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUL 2 7 2020

RICK WARREN
COURT CLERK
111 _____

# IN THE DISTRICT COURT WITHIN AND FOR OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| JOSE MEJIA LOPEZ, | |
| Plaintiff, | |
| v. | Case No. CJ-2020-2664 |
| R&R EXPRESS, INC.; EDWARD DANIEL DAVIS; AND AMERICAN HALLMARK INSURANCE COMPANY, | Judge: Aletia Haynes Timmons |
| Defendants. | |

## COMBINED ANSWER OF
## R&R EXPRESS, INC.; AND EDWARD DANIEL DAVIS

**COME** now the Defendants R&R Express, Inc., and Edward Daniel Davis answers Plaintiff's Petition in numerical sequence as follows;

1. Defendants admit the date, time and location of the accident at issue contained in Paragraph No. 1 of the Plaintiff's Petition, but deny negligence on the part of Defendant Davis.

2. Defendants deny the allegations contained in Paragraph No. 2 of the Plaintiff's Petition.

3. Defendants deny negligence. Defendants are without sufficient information to either admit or deny the balance of the allegations contained in Paragraph No. 3 of the Plaintiff's Petition, therefore they are denied.

4. Defendants admit that Defendant Davis was acting under the authority of Defendant R&R Express, Inc., at the time of the accident. The balance of the allegations contained in Paragraph No. 4 of the Plaintiff's Petition are denied.

5. Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph No. 5 of the Plaintiff's Petition, therefore they are denied.

**EXHIBIT 6**

## AFFIRMATIVE DEFENSES

1. Defendants deny that they, their agents, servants or employees committed any act of negligence which caused or contributed to the Plaintiff's damages.

2. Plaintiff's claims may be barred or reduced by the doctrine of comparative fault.

3. Plaintiff's claims may be barred by the doctrine of unavoidable accident.

4. Plaintiff's claims may be barred by the doctrine of assumption of risk.

5. Plaintiff's complaint of injury and damage, if any, may be the result of pre-existing conditions, natural causes or causes not related to the accident in question.

6. Plaintiff's damage claims are limited by 12 O.S §3009.1.

7. Plaintiff's Petition fails to state a claim for relief or cause of action for negligent entrustment and negligent supervision in light of the stipulation reached in Response to Paragraph No. 4 of the Plaintiff's Petition.

8. These Defendants reserve the right to amend or modify their Answer upon the completion of discovery.

WHEREFORE, premises considered, these Defendants pray that they be dismissed from this cause of action with their costs and attorneys' fees expended herein and for any and all other relief as the Court may deem just and proper.

Respectfully submitted,

By _____
DAN S. FOLLUO, OBA# 11303
dfolluow@rhodesokla.com
AUSTIN T. JACKSON, OBA# 33922
ajackson@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANTS**
**R&R EXPRESS, INC. and**
**EDWARD DANIEL DAVIS**

## CERTIFICATE OF SERVICE

I certify that on 27th day of July, 2020, the above was sent via U.S. Mail to the below counsel of record:

Mark Shores, OBA #10128
Post Office Box 2955
Oklahoma City, Oklahoma 73101
*Attorneys for Plaintiff*

_____
DAN S. FOLLUO/AUSTIN T. JACKSON